AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.
FOBI, UNDUM R

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00281-AGH

Case No. GM1 09988359

USM No.

Jessica Lee
Defendant's Attorney

**THE DEFENDANT:** FOBI, UNDUM R

☑ **THE DEFENDANT** pleaded Nolo Contendere to count(s) 1

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| OCGA § 40-6-73 | Failure to Stop at a Posted Stop Sign | 05/16/2026 | 1 |

☐ Count(s) ______________________ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court .

| | **Assessment** | **Fine** | **Processing Fee** |
|---|---|---|---|
| **Total:** $90.00 | $ 10.00 | $ 50.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 6299

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
FORT BENNING, GA

08/12/2026
Date of Imposition of Judgment

Signature of Judge

Amelia G. Helmick, US Magistrate Judge
Name and Title of Judge

08/12/2026
Date